**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Justin James Bickle, | ) | Case No. 1:23-cr-213 |
| | ) | |
| Defendant. | ) | |

---

On July 22, 2026, Defendant filed a Motion for Prompt Medical Evaluation and Access to Medication for Opioid Use Disorder. (Doc. No. 843). Therein he requested that the court direct the United States Marshals Service ("USMS") to arrange for an individualized evaluation for opioid use disorder by a qualified medical provider and thereafter facilitate any medication determined by the evaluator to medically indicated.

On July 31, 2026, the United States filed response to Defendant's motion. (Doc. No. 868). Advising that the USMS is addressing Defendant's requests, it asserts that Defendant's motion is moot. On August 6, 2026, Defendant filed a reply. (Doc. No. 870). Informing the court that he has been provided the requested medical evaluation and treatment, he agrees that his motion is now moot.

Accordingly, Defendant's Motion for Prompt Medical Evaluation and Access to Medication for Opioid Use Disorder (Doc. No. 843) is deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 14th day of August, 2026.

*<u>/s/ Clare R. Hochhalter</u>*
Clare R. Hochhalter, Magistrate Judge
United States District Court